## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **CHRISTOPHER TROTTA,**<br><br>Plaintiff,<br><br>vs.<br><br>**GENERAL REVENUE CORPORATION, INC.; and DOES 1 through 10, inclusive,**<br><br>Defendant. | Civil Action No.:<br><br>**COMPLAINT AND DETERMINATION OF PLACE OF TRIAL AND DEMAND FOR JURY TRIAL** |

## COMPLAINT

### I.   INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff, Christopher Trotta, an individual consumer, against Defendant, General Revenue Corporation, Inc., for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter ''FDCPA''), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.   JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in this District is proper in that the Defendant transacts business here.

### III.   PARTIES

3.   Plaintiff, Christopher Trotta, is a natural person with a permanent residence in Overland Park, Johnson County, Kansas 66204.

4.   Upon information and belief, the Defendant, General Revenue Corporation, Inc., is a corporation engaged in the business of collecting debts in this state and in several other states, with its principal place of business located at 11501 Northlake Drive, Cincinnati, County, Ohio 45249. The principal purpose of Defendant is the collection of debts in this state and several other states, and Defendant regularly attempts to collect debts alleged to be due to another.

5.   Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another. Defendant is a ''debt collector'' as defined by the FDCPA, 15 U.S.C. § 1692a(6).

### IV.   FACTUAL ALLEGATIONS

6.   The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

7. On June 4, 2013, Defendant, in connection with the collection of the alleged debt, contacted Plaintiff by leaving a voicemail communication for Plaintiff in which the Defendant did not identify that the communication was from a debt collector.

8. The natural consequences of Defendant's statements and actions were to produce an unpleasant and/or hostile situation between Defendant and Plaintiff.

9. Defendant utilized unfair and unconscionable means to collect on Plaintiff's alleged debt, by misleading Plaintiff.

## V.   CLAIM FOR RELIEF

10. Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

11. Defendants violated the FDCPA. Defendants' violations include, but are not limited to, the following:

(a) Defendant violated *§1692e* of the FDCPA by using a false, deceptive, or misleading representation or means in connection with the collection of the alleged debt; and

(b) Defendant violated *§1692e(10)* of the FDCPA by using false representation or deceptive means in connection with the collection the alleged debt; and

  (c) Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in a communication subsequent to the initial communication that was not a formal pleading that the communication was from a debt collector; and

  (d) Defendant violated *§1692f* of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt.

12. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

13. As a result of the foregoing violations of the FDCPA, Defendant is liable to the Plaintiff, Christopher Trotta, for declaratory judgment that Defendant's conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney fees.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendant, General Revenue Corporation, Inc., for the following:

 A. Declaratory judgment that Defendant's conduct violated the FDCPA.

 B. Actual damages.

 C. Statutory damages pursuant to 15 U.S.C. § 1692k.

 D. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k.

E.      Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law.

F.      For such other and further relief as the Court may deem just and proper.

## DETERMINATION OF PLACE OF TRIAL

As Defendant's principal place of business is located outside of the State of Kansas, we request that the trial be held in the city of Kansas City.

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff, Christopher Trotta, demands trial by jury in this action.

DATED: January 9, 2014          RESPECTFULLY SUBMITTED,

By: /s/ Mark D. Molner
Mark D. Molner, Esq. (SBN 24493)
PRICE LAW GROUP, APC
2210 W. 75th Street
Prairie Village, KS 66208
Phone: (913)529-1474
Fax: (818)205-2730
mark@pricelawgroup.com
*Attorney for Plaintiff,*
*Christopher Trotta*