## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**CHRISTOPHER TROTTA,**

    Plaintiff,

**vs.**　　　　　　　　　　　　　　**Case No.: 14-cv-02007-RDR-KGS**

**GENERAL REVENUE**
**CORPORATION, INC.; and DOES 1**
**through 10, inclusive,**

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

    Pursuant to FRCP 41a(1), Plaintiff, CHRISTOPHER TROTTA, by and though his attorney, hereby voluntarily dismisses the above-entitled case with prejudice.

DATED: February 3, 2014　　　　RESPECTFULLY SUBMITTED,

                        By: /s/ Mark D. Molner
                        Mark D. Molner, Esq. (SBN 24493)
                        PRICE LAW GROUP, APC
                        2210 W. 75th Street
                        Prairie Village, KS 66208
                        Phone: (913)529-1474
                        Fax: (818)205-2730
                        mark@pricelawgroup.com
                        *Attorney for Plaintiff,*
                        *Christopher Trotta*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of February, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, GENERAL REVENUE CORPORATION, INC., at the address stated below, and deposited said envelope in the United States mail.


GENERAL REVENUE CORPORATION
11501 Northlake Drive
Cincinnati, OH 45249


By: /s/ Mark D. Molner
Mark D. Molner, Esq.